[No. 4506–1. Division One. April 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ALAN MATSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7426, Phillip G. Sheridan, J., entered February 10, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

[No. 4529–1. Division One. April 10, 1978.]

JAY M. STREET, ET AL, *Appellants,* v. GERALD J. MCCANN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 120007, Paul D. Hansen, J., entered February 10, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4761–1. Division One. April 10, 1978.]

*In the Matter of the Estate of*
DOROTHY SPENCER MILLER.

JONATHAN S. MILLER, *Appellant,* v. HORIZON HOUSE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 807643, Francis E. Holman, J., entered May 25, 1976. *Affirmed* by unpublished per curiam opinion.